CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DiFrank, Jonathan  QH-6513
**Full Name of Plaintiff**    **Inmate Number**

v.

Ransom, Kevin
**Name of Defendant 1**

Bohinski, Jasen
**Name of Defendant 2**

Kross, Timothy
**Name of Defendant 3**

Innis, Wayne
**Name of Defendant 4**

Rawlings,
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:23-CV-1187
(to be filled in by the Clerk's Office)

(_) Demand for Jury Trial
(_) No Jury Trial Demand

FILED
SCRANTON

JUL 17 2023

PER _____
    DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

✓    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

DiFraia, Jonathan, A
Name (Last, First, MI)

QH-6513
Inmate Number

SCI Rockview
Place of Confinement

Smart Communications PA/DOC  P.O. BOX 33028
Address

St Petersburg, Florida, 33733
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Ransom, Kevin
Name (Last, First)

Superintendent
Current Job Title

SCI Dallas 1000 Follies Rd
Current Work Address

Dallas, Luzerne, PA, 18612
City, County, State, Zip Code

Page 2 of 6

Defendant 2:
Bohinski, Jasen
Name (Last, First)
Deputy Superintendent for Centralized Services
Current Job Title
SCI Dallas 1000 Follies Rd
Current Work Address
Dallas, Luzerne, PA, 18612
City, County, State, Zip Code


Defendant 3:
Kross, Timothy
Name (Last, First)
Doctor
Current Job Title
1000 Follies Rd
Current Work Address
Dallas, Luzerne, PA, 18612
City, County, State, Zip Code


Defendant 4:
Inniss, Wayne
Name (Last, First)
Corrections Classification Program Manager
Current Job Title
1000 Follies Rd
Current Work Address
Dallas, Luzerne, PA, 18612
City, County, State, Zip Code


Defendant 5:
Rawlings
Name (Last, First)
Drug and Alcohol Treatment Specialist
Current Job Title
1000 Follies Rd
Current Work Address
Dallas, Luzerne, PA, 18612
City, County, State, Zip Code

### III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

At SCI-Dallas on 1-15-23 and 1-22-23 I received misconducts on 1-25-23 I saw Dr. Kross and was removed from M.A.T. (Suboxone) medication VIA a Taper of 7 days

B.   On what date did the events giving rise to your claim(s) occur?

1-15-23, 1-22-23, 1-25-23

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On 1-15-23 I was strip searched during this search by Sgt Bower and C/O they found in my Jacket pocket an E-cig with the caps on it I was issued a DC-141 misconduct report for contraband for having it during MAT line, the E-cig was not on my person during dosing but was in my possession and it was not altered or being utilized for nefarious means. On 1-22-23 during MAT line I got my medication and after putting it in my mouth C/O Osmulski made me stand up and demanded I give him the E-cig cap, I did not have one nor did I ingest one. I recieved a misconduct for possession of contraband even though there was no contraband On 1-25-23 I saw Dr. Kross and he told me I was being removed from MAT Suboxone for diversion, I contacted and wrote to Superintedent Ransom, Deputy Bohinski, CCPM I miss DATS Rawlings and Dr Kross asking to be placed back on MAT and explained the isspe and was refused and told I did not have to actually be caught diverting to be considered a diverter.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1. I believe my 8th Amendment of the constitution was violated, cruel and unusual punishment due to me being removed from medication for disciplinary sanctions.
2. Eighth Amendment my right to medical care I believe that the Doctor and prison officials showed deliberat indifference to my medical needs
3. Fourteenth Amendment Equal Protection I believe if the medication was different the Prison would not have removed me.
4. Tort Acts I believe the Doctor and Prison officials were negligent
5. ADA I believe that even if I were a diverter the ADA claims I could not be removed from said medication.
6. I believe the broke the law by being maliciously vague and lying in the misconduct reports.
7. I believe they slandered my name by lying.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I was forced to go through withdrawls, due to them I picked my arms and have scars, my mental health and physical took a downward

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I pray the courts grant me to be put back on my medicine, change the policy regarding MAT in prison, and grant me compensatory and punitive damages.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

7-12-23
_____
Date

# Additional Defendants

Bower,
Defendant 6

continuation of page 1

John Doe
Defendant 7

Osmulski,
Defendant 8

Defendant 6
Bower,
Sergeant of the Gaurd
1000 Follies Rd
Dallas, Luzerne, PA, 18612

continuation of page 3

Defendant 7
John Doe
Corrections Officer
1000 Follies Rd
Dallas, Luzerne, PA, 18612

Defendant 8
Osmulski
Corrections Officer
Dallas, Luzerne, PA, 18612

V. Injury
plunge causing severe anxiety, depression and relapse, As well as a return of pain I suffer from plates and screws in my ankle. It also caused a reversion of my thought process and coping skills.

Smart Communications/PA DOC
Jonathan DiFeria QH-6513
SCI Rockview
PO BOX 33028
St Petersburg Florida 33733

RECEIVED
SCRANTON
JUL 17 2023
PER _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
235 N. Washington Ave
PO BOX 1148
Scranton, PA 18501

**INMATE MAIL
PA DEPT OF
CORRECTIONS**



US POSTAGE
$ 002.55
ZIP 16823
0000376203 JUL 13 2023