# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHON DIFRAIA, | : | Civil No. 1:23-CV-01187 |
| Plaintiff, | : | |
| v. | : | |
| KEVIN RANSOM, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 16th day of October 2023, in consideration of the potentially dispositive motions pending in this case and Plaintiff's failure to respond before the deadlines set forth in Local Rule 7.6, **IT IS ORDERED** that Plaintiff shall have the opportunity to respond to the motions to dismiss, Docs. 19, 21, on or before **November 6, 2023**. All briefs must conform to the requirements prescribed by Local Rule 7.8.

Plaintiff is advised that Local Rule 7.6 imposes an affirmative duty on Plaintiff to respond to motions, and provides, in relevant part:

> Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief, or, if a brief in support of the motion is not required under these rules, within seven (7) days after service of the motion. *Any party who fails to comply with this rule shall be deemed not to oppose such motion.* Nothing in this rule shall be construed to limit the authority of the court to grant any motion before expiration of the prescribed period for filing a brief in opposition.

Local Rule 7.6 (*emphasis added*).  Plaintiff is cautioned that a failure to file a brief will result in the motions being deemed unopposed.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania