**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONATHON DIFRAIA, | : | Civil No. 1:23-CV-01187 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN RANSOM, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of July, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motions to dismiss, Docs. 19, 21, are **GRANTED**.

2. The Eighth Amendment claim is **DISMISSED** without prejudice.

3. The Americans with Disabilities Act claim is **DISMISSED** with prejudice as to the eight individual Defendants named in the complaint.

4. The Fourteenth Amendment claim is **DISMISSED** without prejudice.

5. The FTCA claim is **DISMISSED** with prejudice as to the eight individual Defendants named in the complaint.

6. The medical negligence claim is **DISMISSED** without prejudice.

7. The defamation claim is **DISMISSED** without prejudice.

8. Any criminal claims raised in the complaint are **DISMISSED** with prejudice.

9. Plaintiff is granted leave to file an amended complaint by **August 9, 2024**. Failure to timely file an amended complaint will result in the complaint being dismissed with prejudice and the case being closed.

10. The Clerk of Court shall forward to Plaintiff two (2) copies of this court's prison civil-rights complaint form, which Plaintiff shall use in preparing his third amended complaint.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania