IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHON DIFRAIA, | : | Civil No. 1:23-CV-01187 |
| Plaintiff, | : | |
| v. | : | |
| KEVIN RANSOM, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 26th day of August 2024, in consideration of the court's July 9, 2024 order, Doc. 27, and Plaintiff's failure to file an amended complaint, **IT IS ORDERED THAT** the complaint, Doc. 1, is **DISMISSED** with prejudice and the Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania