# Notice Of Appeal

8-29-24

Jonathan DiFraia,           Civil NO. 1:23-CV-01187
Plaintiff,
v.
Kevin Ransom, et al.,
Defendants                  Judge Jennifer P. Wilson

I wish to appeal the District Courts dismissal of my complaint (ECF. No. 28) to the U.S. Court of Appeals for the Third Circuit.

Jonathan DiFraia QH-6513

FILED
HARRISBURG, PA
SEP 06 2024
PER ___IBZ___
DEPUTY CLERK

Smart Communications PA/DOC
Jonathan DiFava QH-6513
SCI Lakeview
PO BOX 33028
St Petersburg FL, 33733

U.S. District Court
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA, 17102

INMATE MAIL
PA DPT OF
CORRECTIONS

US POSTAGE and PITNEY BOWES
ZIP 16823
02 4W
0000376203 AUG 30 2024
$ 000.69⁰

RECEIVED
HARRISBURG, PA

SEP 06 2024

PER _____
DEPUTY CLERK

09/03