# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHON DIFRAIA, | : | Civil No. 1:23-CV-01187 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN RANSOM, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 28th day of April 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's state law negligence claim against Defendants is **DISMISSED** without prejudice.

2. The case remains **CLOSED**.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania